# EXHIBIT Z




# Opinion Of Value Overview
## 3221 Church Avenue

**INVESTMENT VALUE:**
**The price an investor is willing to pay based upon the property's gross *income and operating expenses.***

**COMPARABLE SALES VALUE:**
**The value of the property based upon recent sales of similar properties.**

**RECONCILED VALUE:**
**Our opinion of the most likely value to be obtained based upon this analysis.**

**SUGGESTED ASKING PRICE:**
**The recommended listing price in order to achieve the highest possible sales price.**




# Property Information
## 3221 Church Avenue

**Property Information**

| | | |
|---|---|---|
| **Address:** | 3221 Church Avenue | |
| **Location:** | Located on the north side of Church Avenue between E 32nd Street and New York Avenue | |
| **Block:** | 4869 | |
| **Lot:** | 79 | |
| **Lot Dimensions:** | 20 x 77.5 | |

**Building Information**

| | | |
|---|---|---|
| **Building Dimensions:** | 20 x 48 | |
| **Stories:** | 3 | |
| **Residential Units:** | 2 | |
| **Commercial Units** | 1 | |
| **Gross Square Footage:** | 2,880 | (Approx.) |
| **Residential SF** | 1,920 | |
| **Commercial SF** | 960 | |
| **Zoning:** | C1-2/R6 | |
| **FAR:** | 2.43 | |
| **Lot Size:** | 1,550 | sq. ft. (approx.) |
| **Total Buildable Sq. Ft.:** | 3,767 | sq. ft. (approx.) |
| **Excluding Structure:** | 2,880 | sq. ft. (approx.) |
| **Available Air Rights:** | 887 | sq. ft. (approx.) |
| **Assessment (12/13):** | $38,400 | |
| **Taxes (12/13):** | $6,698 | |



# Revenue
## 3221 Church Avenue

**Revenue**

| Unit | SF | $PSF | Projected Monthly Rent | Projected Annual Rent |
|---|---|---|---|---|
| Store | 960 | 25 | $ 2,000 | $ 24,000 |
| Apartment 1 | 960 | 19 | $ 1,520 | $ 18,240 |
| Apartment 2 | 960 | 19 | $ 1,520 | $ 18,240 |
| Total | | | $ 5,040 | $ 60,480 |




# Investment Value
## 3221 Church Avenue

| Revenue: | | |
|---|---|---|
| Gross Monthly Income | $ | 5,040 |
| Gross Annual Income | $ | 60,480 |
| Less Vacancy Loss @ 4% | $ | 2,419 |
| **Adjusted Gross Annual Income** | $ | **58,061** |

| Estimated Expenses: (Paid by the Owner) | | | |
|---|---|---|---|
| Real Estate Taxes | *2012-2013* | $ | 6,698 |
| Water/Sewer | *Estimated* | $ | 1,440 |
| Fuel | *Estimated* | $ | 4,608 |
| Electric | *Estimated* | $ | 720 |
| Insurance | *Estimated* | $ | 1,500 |
| Repairs | *$400 Per Unit* | $ | 1,200 |
| Management | *3% of Income* | $ | 1,742 |
| Cleaning & Maintenance | *$150 Per Month* | $ | 1,800 |
| **Total:** | | $ | **19,708** |
| Gross Annual Income: | | $ | 58,061 |
| Less Expenses: | | $ | (19,708) |
| **Net Operating Income:** | | $ | **38,353** |

### Investment Analysis (Capitalization Approach):

| | |
|---|---|
| Net Operating Income | $38,353 |
| Captialization Rate | 9.3% |
| Value: | $412,398 |
| Price Per Square Foot: | $143.19 |



# Comparable Sales Value

## 3221 Church Avenue

In order to study the market and determine a value based upon comparable sales, we have analyzed sales occuring in the subject market. Each sale has been broken down into a price per square foot basis to allow for comparison. Below is a breakdown of these sales.

| Address | Date | Price | Gross SF | Units | $/S.F. | $Per Unit |
|---|---|---|---|---|---|---|
| 3213 Church Avenue | 7/25/2012 | $ 500,000 | 2,880 | 3 | $ 174 | $166,667 |
| 3407 Church Avenue | 8/30/2012 | $ 640,000 | 3,600 | 3 | $ 178 | $213,333 |
| Average: | | | | $190,000 | $ 176 | $190,000 |

**Price Per Square Foot Analysis:**

| | |
|---|---|
| Subject Square Feet | 2,880 |
| X Average P.P.S.F | $176 |
| Value: | $506,000 |

**Gross Rent Multiple Analysis:**

| | |
|---|---|
| Gross Income | 58,061 |
| X Average Gross Rent Multiple | 8.0 |
| Gross Rent Multiple Value: | $464,486 |

**Price Per Unit Analysis:**

| | |
|---|---|
| Subject Units | 3 |
| X Average Price Per Unit | $190,000 |
| Price Per Unit Value: | $570,000 |




# Opinion of Value Summary
## 3221 Church Avenue

| Investment Analysis | |
|---|---|
| Capitalization Rate Value: | $412,398 |

| Comparable Sales Analysis | |
|---|---|
| Price Per Square Foot Value: | $506,000 |
| Price Per Unit Value | $570,000 |
| Gross Rent Multiple Value: | $464,486 |

| Reconciled Value | P.P.S.F. | Cap Rate | P.P. Unit | |
|---|---|---|---|---|
| | $173.61 | 7.67% | $166,667 | $500,000 |

| | |
|---|---|
| Suggested Asking Price: | $525,000 |
| P.P.S.F.: | $182 |
| Capitalization Rate: | 7.31% |
| Price Per Unit: | $175,000 |