UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                            Case No. 14-40363-cec
                                                                       Chapter 13
    Claudette Boothe

**CHAPTER 13 PLAN**

    Debtors

----------------------------------------------------------x

1.    The future earnings of the debtor are submitted to the supervision and control of the Trustee and the debtors shall pay to the Trustee for a total **of 60 Months, the sum of $3500.00**

    Commencing February 2014 through and including January 2019 the last months of the plan.

2.    From the payments so received, the trustee shall make disbursements as follows:

(a)    Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. section 507:
    **10% Trustee's commission**
    **100% to Internal Revenue Service = $6000.00**
    **100% of NYC Department of Finance = $28000.00**
    **100% to NYC Water board = 2577.00**

(b)    Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    Debtor seeks loss mitigation with Rossrock Fund and will pay all arrears through modified mortgage.

(c)    Subsequent to distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:    **PRO RATA distribution to all timely filed proofs of claims of not less than** 10%

3.    All lease agreements are hereby assumed, unless specifically rejected as follows: None

Title to the debtors property shall revest in the debtors upon completion of the plan unless otherwise provided in the Order confirming this plan. Throughout the term of this plan, the debtors will not incur post-petition debt over $1500.00 without the written consent of the Chapter 13 Trustee or the Court.

Dated: 04/15/14

_____
Claudette Boothe
Debtor

04/15/14