UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:                                                                    Chapter 13

    CLAUDETTE BOOTHE                                    Case No.: 14-40363-cec


                                  Debtor.
------------------------------------------------------------------------x

        **WHEREAS**, by Notice of Motion dated February 7, 2014, Rossrock Fund II LP ("**Rossrock**"), by its attorneys, Jaspan Schlesinger LLP, moved this Court for an order granting it relief from the automatic stay pursuant to Sections 362(d)(1), (2) and (4) of the United States Bankruptcy Code (the "**Motion**"); and

        **WHEREAS**, the Debtor, Claudette Boothe, filed an Affirmation in Opposition to the Motion on March 7, 2014; and

        **WHEREAS**, after a hearing and due deliberation having been had on April 24, 2014, the Court is of the opinion that the relief prayed for in the motion should be granted; accordingly

        **NOW, THEREFORE, IT IS HEREBY**

        **ORDERED**, that the automatic stay pursuant to Section 362 of the Bankruptcy Code is hereby vacated pursuant to Section 362(d) (1), (2) and (4) of the Bankruptcy Code to permit Rossrock, its successors and/or assigns to pursue all of its rights under applicable state law with respect to the property located at 3221 Church Avenue, Brooklyn, New York 11226, Block: 4869, Lot: 79, and that if recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order shall be binding in any other case under Title 11 purporting to affect real property known as 3221 Church Avenue, Brooklyn, New York, filed not later than 2 years after the date of entry of this Order, except that the debtor in a subsequent case under Title 11 may move for relief from this Order based upon changed circumstances or for

good cause shown, after notice and a hearing, and it is further,

**ORDERED**, that any Federal, State or local government unit that accepts notices of interest or liens in real property shall accept any certified copy of this Order for indexing and recording.



**Dated: Brooklyn, New York**
**May 6, 2014**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**